THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON FISHER, an individual,

Plaintiff,

v.

THE BOEING COMPANY and SPIRIT AEROSYSTEMS, INC.

Defendants.

No. 2:26-cv-01798-JCC

**ORDER GRANTING STIPULATED MOTION TO RESET BRIEFING DEADLINES**

Plaintiff Brandon Fisher ("Plaintiff"), Defendant The Boeing Company ("Boeing"), and Defendant Spirit Aerosystems, Inc. ("Spirit") (collectively with Plaintiff, the "Movants") jointly moved to reset the current deadlines for briefing on Boeing's Motion to Dismiss Plaintiff's Request for Punitive Damages (Dkt. #35) and Spirit's Motion for Judgment on the Pleadings to Dismiss Plaintiff's Request for Punitive Damages (Dkt. #36) pursuant to Local Rules 7(d)(1), 7(l), and 10(g).

The Court, having considered the joint motion, and good cause having been found, hereby orders that the joint motion is **GRANTED,** and the Court hereby ORDERS:

Plaintiff shall file responses to Boeing's Motion to Dismiss and Spirit's Motion for Judgment on the Pleadings no later than July 16, 2026;

Defendants shall file replies in support of their Motions no later than July 30, 2026; and

The Motions are renoted for July 30, 2026.

ORDER RESETTING BRIEFING DEADLINES
(No. 2:26-cv-01798-JCC) –1

**IT IS SO ORDERED.**

Dated: July 1, 2026

_John C. Coughenour_

Hon. John C. Coughenour

ORDER RESETTING BRIEFING DEADLINES
(No. 2:26-cv-01798-JCC) –2